C. A. 4th Cir. [Certiorari granted, 479 U. S. 1029.] Motion of Joan S. Tozer et al. for leave to file a brief as *amici curiae* granted. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 86–497. AGENCY HOLDING CORP. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC.; and

No. 86–531. CROWN LIFE INSURANCE CO. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 479 U. S. 983.] Motions of A. J. Cunningham Packing Corp. et al. and HMK Corp. for leave to file briefs as *amici curiae* granted.

No. 86–1383. NEW YORK LAND CO. ET AL. *v.* REPUBLIC OF THE PHILIPPINES. C. A. 2d Cir. Application of respondent for an extension of time within which to file a brief in opposition to the petition for writ of certiorari, presented to JUSTICE MARSHALL, and by him referred to the Court, is granted and the time is extended to and including April 24, 1987. JUSTICE MARSHALL took no part in the consideration or decision of this application.

No. 86–5020. BOOTH *v.* MARYLAND. Ct. App. Md. [Certiorari granted, 479 U. S. 882.] Motion of Sunny Von Bulow National Victim Advocacy Center, Inc., et al. for leave to file a brief as *amici curiae* out of time denied.

No. 86–6207. IN RE HAMM. Petition for writ of mandamus denied.

No. 85–1765. BANKERS LIFE & CASUALTY CO. *v.* CRENSHAW. Appeal from Sup. Ct. Miss. Probable jurisdiction noted. JUSTICE STEVENS took no part in the consideration or decision of this case.

No. 86–787. HICKS, DISTRICT ATTORNEY FOR COUNTY OF ORANGE, CALIFORNIA, ACTING ON BEHALF OF FEIOCK *v.* FEIOCK. Ct. App. Cal., 4th App. Dist. Certiorari granted.

No. 86–957. LILJEBERG *v.* HEALTH SERVICES ACQUISITION CORP. C. A. 5th Cir. Certiorari granted.